**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 08-6240

———————

LEWIS DUCKETT,

              Petitioner - Appellant,

        v.

COLIE L. RUSHTON, Warden,

              Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Joseph F. Anderson, Jr., Chief
District Judge.   (4:07-cv-00300-JFA)

———————

Submitted:  May 22, 2008                    Decided:  May 29, 2008

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Lewis Duckett, Appellant Pro Se.   Samuel Creighton Waters,
Assistant Attorney General, Donald John Zelenka, Deputy Assistant
Attorney General, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA,
Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewis Duckett seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Duckett that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Duckett failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Duckett has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED